**Jack L. JACKSON, Appellant,**

**v.**

**Santiago HALLAZGO, Dr.; Willie Plymell, Nurse, also known as Unknown Willy, Appellees.**

**No. 01–3330.**

United States Court of Appeals, Eighth Circuit.

Submitted March 6, 2002.

Filed March 11, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Missouri inmate Jack L. Jackson appeals the district court's[1] adverse grant of

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

summary judgment in his 42 U.S.C. § 1983 action against a nurse and a doctor. Because the summary judgment record confirms that defendants did not know of and disregard Mr. Jackson's serious medical need, his deliberate-indifference claims fail. *See Miller v. Schoenen,* 75 F.3d 1305, 1309 (8th Cir.1996) (to establish deliberate indifference, inmate must show both that he had objectively serious medical need and that defendants knew of and disregarded that need). Further, "[a]n inmate's failure to place verifying medical evidence in the record to establish the detrimental effect of delay in medical treatment precludes a claim of deliberate indifference to medical needs." *Coleman v. Rahija,* 114 F.3d 778, 784 (8th Cir.1997). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

We also deny Mr. Jackson's motion for appointment of counsel.